IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NUFIX, INC. AND KEN HORTON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| BACTERIN INTERNATIONAL, INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff, Nufix, Inc., and, pursuant to Local Rule 3.4 and Federal Rule of Civil Procedure 7.1, files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

The undersigned counsel of record for Plaintiff in this action certifies that the following is a full and complete list of any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

(a)  Nufix, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Submitted this 7th day of August, 2008.

Respectfully Submitted,

Howard P. Walthall (WALTH1113)
James A. Hoover (HOOVJ1490)
Marc P. Solomon (SOLOM7382)
Ellen T. Mathews (MATHE7624)

1685174 v1

## OF COUNSEL:

BURR & FORMAN LLP
Suite 3400
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

1685174 v1