# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NUFIX, INC., et al.,** | } |
| Plaintiffs, | } |
| v. | } Case No.: 2:08-CV-01418-RDP |
| **BACTERIN INTERNATIONAL, INC.,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

Once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, Plaintiffs and/or the parties are **DIRECTED** to submit either a notice of dismissal or a joint stipulation of dismissal, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this ____21st____ day of October, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE