FILED
2008 Dec-18  AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **NUFIX, INC. AND KEN HORTON,** ) | |
| ) | |
| **PLAINTIFFS,** ) | |
| ) | |
| v. ) | Case No.:  2:08-CV-01418-RDP |
| ) | |
| **BACTERIN INTERNATIONAL, INC.,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** the Plaintiffs, NuFix, Inc. and Ken Horton, pursuant to Federal Rule of Civil Procedure 41(a)(1) and hereby dismiss this action against the Defendant, Bacterin International, Inc. pursuant to settlement with each party to bear its own costs.  Since the Defendant has not served an answer or filed a motion for summary judgment, the dismissal of this action requires no action by this Court.

/s/ James A. Hoover
James A. Hoover (HOO022)
Attorney for Defendants

**Of Counsel:**

**BURR & FORMAN LLP**
420 North 20th Street
Suite 3400 - Wachovia Tower
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1715530 v1

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 18th day of December, 2008:

Sarah J. Rhoades
Michael J. Sherwood, P.C.
Attorneys at Law
401 North Washington
Missoula, MT 59802
(406) 721-2729 - phone
(406) 728-8878 - fax
sarah@mjsherwoodlaw.com


                            /s/ James A. Hoover
                            OF COUNSEL